# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 4:24 CR-00287-O |
| | § | |
| **STEPHANIE HOCKRIDGE,** a/k/a **STEPHANIE REIS,** | § | (02) |
| | § | |
| **Defendants.** | § | |

## ORDER

This case will commence at 9:00 a.m. on Monday, June 9, 2025. Due to a scheduling conflict with the Court, the jury will be selected on Monday, June 9, 2025, and the Court will recess until Thursday, June 12, 2025. The trial will resume on Thursday with the Government's opening statement.

**SO ORDERED** on this **16th** day of **May, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE