IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,     PLAINTIFF, | § § § | |
| VS. | § § | CRIMINAL NO. 4:24-CR-287-O |
| STEPHANIE HOCKRIDGE,     DEFENDANT. | § § § | |

# **ORDER**

After reviewing the arguments and authorities in the Government's Filing Concerning Deliberate Ignorance (ECF No. 214) and Defendant's Brief in Support of Motion for Acquittal (ECF No. 216), the Court finds the evidence supports submitting the deliberate indifference language in the charge to the jury. Accordingly, Defendant's objection to this instruction is **DENIED**.

Signed this 19th day of June, 2025.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE