Jury note #1    4:24-cr-287-0-2

Exibit 35A who is Unknown party's name?

6/20/25  1320

*[signature]*

*[court filing stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, 6-20-2025, CLERK U.S. DISTRICT COURT]*  1:32 pm

In answer to this question, the name is Eric Karnezis.

*[signature: Reed O'Connor]*

~~Cases~~

Is there a thumb drive that contains all the evidence in the binders for faster searching?

6/20/25  1314

*[signature]*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 20 2025  1:32 pm
CLERK, U.S. DISTRICT COURT
By _____ Deputy

In answer to this question, the parties are attempting to provide a device to permit this.

*Reed O'Connor*

Jury note #3   4:24-cr-287-02

Where can we find the exact charges for 2-5 wire fraud?

6/20/25   1302

*[signature]*

*[Clerk stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED JUN 20 2025, CLERK US DISTRICT COURT, By ___ Deputy]*   1:33 pm

In answer to this question, the Superseding Indictment will be provided to you.

*Reed O'Connor*

The charges says Coconspirator 1 for 2-5 but who is Coconspirator 1?

6/20/25  14/15

*[signature]*

*[FILED stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, JUN 20 2025, CLERK, U.S. DISTRICT COURT]* 2:17pm

In answer to your question, the name is Devin Hochberg.

*[signature: Reed O'Connor]*

Jury note #5                                    4:24-cr-287-O-2

• Can we get the closing arguments slides for ~~reference~~ reference to exhibits?

6/20/25 1452

[signature]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 0 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy    2:57pm

In answer to your question, attached are lists of the exhibits referenced in the parties' closing arguments.

[signature] Reed O'Connor

Exhibits referenced in Hockridge Closing Arguments:

- (DE)-5221
- (DE)-1709
- (DE)-1711
- Government Exhibit 65B
- Government Exhibit 52A
- Government Exhibit 35
- Government Exhibit 6A
- Government Exhibit 48
- Government Exhibit 51A
- Government Exhibit 35A
- Government Exhibit 63B

Exhibits Referenced in Government Closing Arguments:

| | | |
|---|---|---|
| GX-3F | GX-12D | GX-47 |
| GX-3A | GX-4D | GX-56 |
| GX-3D | GX-12B | GX-57 |
| GX-3G | GX-12E | GX-66B |
| GX-3I | GX-2D | GX-76E |
| GX-3J | GX-2E | GX-47 |
| GX-17B | GX-33 | GX-55 |
| GX-21 | GX-34A | |
| GX-6R | GX-48 | |
| GX-58 | GX-35A | |
| GX-28A | GX-35B | |
| GX-8D | GX-35C | |
| GX-8G | GX-65B | |
| GX-8F | GX-35A | |
| GX-8H | GX-38 | |
| GX-35A | DE-1609 | |
| GX-6H | GX-14 | |
| GX-60 (Oscar) | GX-40B | |
| GX-6J | GX-43 | |
| GX-6K | GX-26 | |
| GX-7B | GX-27A | |
| GX-7C | GX-49A | |
| GX-7D | GX-76E | |
| GX-1I | GX-65D | |
| GX-5K | GX-76D | |
| GX-5M | GX-59 | |
| GX-4A | DE-1305 | |
| GX-4C | GX-6L | |