IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:24 CR-00287-O |
| § | |
| STEPHANIE HOCKRIDGE, a/k/a § | (02) |
| STEPHANIE REIS, § | |
| § | |
| Defendants. § | |

## VERDICT OF THE JURY

We, the Jury, find the defendant, **Stephanie Hockridge**:

___Guilty___
"Guilty" or "Not Guilty"

of the offense charged in **Count One** of the indictment (Conspiracy to Commit Wire Fraud):

___Not Guilty___
"Guilty" or "Not Guilty"

of the offense charged in **Count Two** of the indictment (Wire Fraud)

___Not Guilty___
"Guilty" or "Not Guilty"

of the offense charged in **Count Three** of the indictment (Wire Fraud)

___Not Guilty___
"Guilty" or "Not Guilty"

of the offense charged in **Count Four** of the indictment (Wire Fraud)

___Not Guilty___
"Guilty" or "Not Guilty"

of the offense charged in **Count Five** of the indictment (Wire Fraud)

___**REDACTED**___
Foreperson

22