IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:24 CR-00287-O |
| § | |
| STEPHANIE HOCKRIDGE, a/k/a § | (02) |
| STEPHANIE REIS, § | |
| § | |
| Defendant. § | |

**DEFENDANT STEPHANIE HOCKRIDGE'S UNOPPOSED
MOTION TO SEAL MOTION TO RECONSIDER THE COURT'S
SEALED ORDER REGARDING DEFENDANT'S SENTENCING OBJECTIONS**

COMES NOW Defendant Stephanie Hockridge by and through her undersigned counsel and hereby moves this Court for an order allowing her to file under seal Ms. Hockridge's Motion to Reconsider the Court's Sealed Order Regarding Defendant's Sentencing Objections and its accompanying memorandum of law. The Government does not oppose Ms. Hockridge's request to seal her motion. In support of her motion to seal, Ms. Hockridge respectfully states:

1. Under Local Rule 55.3(b), "[i]f no statute or rule requires or permits a document to be filed under seal, a party may file a document under seal only on motion and by permission of the presiding judge."

2. The Courts prior order addressing Ms. Hockridge's sentencing objections (Doc. #353) was issued under seal on November 20, 2025.

3. The substance of both the sealed order and Ms. Hockridge's Motion to Reconsider involves matters that have been previously filed under seal, including the Presentence Investigation Report, Ms. Hockridge's objections to the Presentence Investigation Report, and the parties' sentencing memoranda. Such documents should be filed under seal.

1

4.      Prior to filing the instant motion, the undersigned conferred with AUSA Matthew Weybrecht, who confirmed the Government does not oppose Ms. Hockridge's motion to reconsider being filed under seal.

WHEREFORE Defendant Stephanie Hockridge respectfully requests that the Court grant her leave to file her Motion to Reconsider the Court's Sealed Order Regarding Defendant's Sentencing Objections under seal pursuant to Local Rule 55.3.

Dated: November 20, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
MARK A. SRERE
KEVIN H. JENCO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
richard.finneran@bclplaw.com
mark.srere@bclplaw.com
kevin.jenco@bclplaw.com

*Attorneys for Defendant Stephanie Hockridge*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's CM/ECF system.

/s/  Richard Finneran
RICHARD E. FINNERAN

## CERTIFICATE OF CONFERENCE

On November 20, 2025, I conferred via email with Government counsel Matthew Weybrecht, who indicated that Government did not oppose Ms. Hockridge being granted the relief requested herein.

*/s/ Richard Finneran*
RICHARD E. FINNERAN